Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@moorelawfirm.com

Attorneys for Plaintiff
Oscar Flores

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FLORES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EL NOPAL BAKERY, *et al*.,<br><br>　　　　Defendants. | No.  1:16-cv-01205-LJO-BAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |

   WHEREAS, a Mandatory Scheduling Conference in this action is currently set for November 22, 2016, pursuant to the Court's Minute Order dated August 15, 2016 (Dkt. 3);

   WHEREAS, Plaintiff, Oscar Flores ("Plaintiff"), and Defendants, El Nopal Bakery; Rogelio Torres, Trustee of the Modesto S. Torres and Margarita G. Torres Revocable Living Trust Agreement dated March 1, 1993; and Elena Rodriguez, Trustee of the Modesto S. Torres and Margarita G. Torres Revocable Living Trust Agreement dated March 1, 1993 ("Defendants," and together with Plaintiff, "the Parties"), are engaging in settlement discussions and wish to exhaust such efforts before incurring the fees and costs associated with the responsive pleadings and the Scheduling Conference, and to conserve Court resources, and are very optimistic that a settlement will be reached informally;

STIPULATION FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING AND CONTINUANCE OF
MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER

Page 1

1  NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for November 22, 2016 to a date at the Court's convenience after January 2, 2017, and to an extension of time for Defendants' responsive pleadings such that they be due on December 9, 2016. This extension exceeds 28 days.

Dated: November 2, 2016                    MOORE LAW FIRM, P.C.


                                           By:   /s/ *Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiff,
                                                 Jose Trujillo



Dated: November 2, 2016                    COLEMAN & HOROWITT, LLP


                                           By:    /s/ *Keith M. White*
                                                  Keith M. White
                                                  Attorneys for Defendants,
                                                  El Nopal Bakery; Rogelio Torres, Trustee of the
                                                  Modesto S. Torres and Margarita G. Torres
                                                  Revocable Living Trust Agreement dated March 1,
                                                  1993; and Elena Rodriguez, Trustee of the
                                                  Modesto S. Torres and Margarita G. Torres
                                                  Revocable Living Trust Agreement dated March 1,
                                                  1993

STIPULATION FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING AND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

Page 2

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for November 22, 2016 is continued to **January 26, 2017 at 8:30 AM**, in courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS FURTHER ORDERED that Defendants shall file their responsive pleadings on or before December 9, 2016.

IT IS SO ORDERED.

Dated: **November 3, 2016**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

Case 1:16-cv-01205-LJO-BAM   Document 10   Filed 11/04/16   Page 3 of 3

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for November 22, 2016 is continued to **January 26, 2017 at 8:30 AM**, in courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS FURTHER ORDERED that Defendants shall file their responsive pleadings on or before December 9, 2016.

IT IS SO ORDERED.

Dated: **November 3, 2016**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE
STIPULATION FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING AND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

Page 3